[No. 10913-1-II.   Division Two.   March 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN E.
WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific

County, No. 86–1–00106–7, Herbert E. Wieland, J., entered March 16, 1987. *Affirmed* by unpublished per curiam opinion.